UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JIMMY DALE GRAHAM, | ) |
| Movant, | ) |
| v. | ) No. 4:15-CV-1727 SNLJ |
| UNITED STATES OF AMERICA, | ) |
| Respondent, | ) |

**MEMORANDUM AND ORDER**

Jimmy Graham moves for a Court order directing the Bureau of Prisons to provide him with email access. The motion is denied because the Court does not have the authority to make such an order.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for email access [ECF No. 18] is **DENIED**.

Dated this 18th day of May, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE