UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JIMMY DALE GRAHAM, | ) | |
| Movant, | ) | |
| v. | ) | No. 4:15-CV-1727 SNLJ |
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Movant's motion to compel. Movant seeks to compel several federal agencies to file reports with the Court. The motion is moot, however, because this case has been dismissed and Movant has taken an appeal. Movant should file any further correspondence with the Court of Appeals.

Accordingly,

**IT IS HEREBY ORDERED** that Movant's motion to compel [ECF No. 21] is **DENIED as moot**.

Dated this 6th day of June, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE